UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

IDEMUDIA, Cherunda                                  Judge Cleland

v

                                                    Case#   FP-72780

Cooley Law School

MOTION FOR RECONSIDERATION OF FEE WAIVER APPLICATION DENIAL

Plaintiff comes now before this honorable court and requests a reconsideration of the motion for fee waiver and in formus paprus application denial in accordance with the Fed. R. Civ. Pro. due to the following:

1. Plaintiff cannot afford the fees.

2. Plaintiff has been incarcerated since 6-23-00.

3. The case was closed on 7-7-00 after plaintiff's incarceration due to the fees.

4. The amounts show on plaintiff's application are erroneous. All of the assets listed have been out of the plaintiff's locus of control since 6-23-00.

5. Plaintiff doesn't know what her financial assets are with any degree of certainty. Plaintiff is single, none of her children are adults and plaintiff request to give power of attorney to a relative was refused.

6. Plaintiff's financial situation has changed dramatically.

7. Since plaintiff's incarceration she has only had 1.24 (one dollar and twenty four cents) in her prisioner account.

3

8. Plaintiff recieved a 10.00 ( ten dollar) loan from the institution to purchase personal items.

9. Loans are not an ascention to wealth.

10. Plaintiff is willing to reimburse the fees, if found at a later date that ineligibility existed.

11. Plaintiff needs this reconsideration due to the unknown adjustment, as well as, unanticipated incarceration.

Plaintiff prays that her motion is granted.

*Cherunda Fox, Pro-Se*

Cherunda Fox, Pro-Se